Jessie JOHNSON, Appellant,

v.

Dion E. WILSON; Don Trimble; Alvin Simes, Appellees.

No. 05–3317.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 7, 2005.

Decided Dec. 20, 2005.

Jessie Johnson, West Helena, AR, pro se.

Before MELLOY, HANSEN, and GRUENDER, Circuit Judges.

PER CURIAM.

Jessie Johnson appeals the district court's [1] 28 U.S.C. § 1915(e)(2)(B) preservice dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record and Johnson's submissions on appeal, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (de novo re-

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.

view), we conclude the judgment of the district court was correct. Johnson failed to allege any violation of his constitutional rights by a state actor and, thus, failed to state a cognizable section 1983 claim. *See Kuha v. City of Minnetonka,* 365 F.3d 590, 606 (8th Cir.2003). Accordingly, we affirm. *See* 8th Cir. R. 47B.